JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CHAPIN EXPRESS, a business of unknown form; CARLOS LEON AND MARIA LEON, as individuals and as Trustees of the LEON FAMILY TRUST, dated April 8, 1997; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-01386-RGK-JPR<br><br>**[PROPOSED] ORDER DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

[PROPOSED] ORDER
DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

After consideration of the Joint Stipulation for Dismissal of the Entire Action with Prejudice filed by Plaintiff Carmen John Perri ("Plaintiff") and Chapin Express and Carlos Leon and Maria Leon as individuals and as Trustees of the Leon Family Trust ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: May 18, 2018

*/s/ Gary Klausner*

UNITED STATES DISTRICT COURT JUDGE